AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Jason William Wallis<br><hr>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-00282
Assigned To : Faruqui, Zia M.
Assign. Date : 10/26/2023
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jason William Wallis                                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) – Obstruction of Law Enforcement During Civil Disorder
18 U.S.C. § 111(a)(1), and (b) and 18 U.S.C. § 2, Assault Law Enforcement Officer with a Deadly or Dangerous Weapon,
Attempt
18 U.S.C. § 1752(a)(1) – Enter or Remain in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct on Capitol Grounds or in an of the Capitol Buildings
40 U.S.C. § 5104(e)(2)(F) – Engaging in Physical Violence in the Capitol Grounds or any of the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G) – Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date:     10/26/2023

Zia M. Faruqui
2023.10.26
12:21:31 -04'00'

*Issuing officer's signature*

City and state:          Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/26/23 , and the person was arrested on *(date)* 10/28/23<br>at *(city and state)* St. Louis, MO<br><br>Date: 10/30/23                           *Arresting officer's signature*<br><br>                                     Russell M Windsor  DUSM<br>                                     *Printed name and title* |